# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| SHERECA JOHNSON, : | |
| : | |
| Plaintiff, : | Case No. 2:24-cv-781 |
| v. : | |
| : | Chief Judge Algenon L. Marbley |
| THE UNITED NATIONS AND ITS : | |
| MEMBER STATES, *et al.*, : | Magistrate Judge Chelsey M. Vascura |
| : | |
| Defendants. : | |

## ORDER

Plaintiff, Shereca Johnson, an Ohio resident proceeding without the assistance of counsel, filed a seven-sentence Complaint in which she identifies herself as "the most high God the creator of the heavens and the earth" and as "the commander and chief and absolute monarchy." (ECF No. 1-1 at 4). The Magistrate Judge issued a Report and Recommendation ("R&R") recommending that her Complaint be dismissed for "fail[ing] to meet the facial plausibility standard such that it is legally frivolous," as its sole allegation is that Defendants—the United Nations and its Member States, the Vatican and Vatican City, and the United States of America—are "are anarchist operating without a chief" and "neglect[ing] the most high God over and over again." (ECF No. 3 at 3–4 (quoting ECF No. 1-1 at 4)). Plaintiff was advised of her right to object to the R&R within fourteen days and of the rights she would waive by failing to do so. (*Id.* at 4–5).

This Court has reviewed the R&R. No objections have been filed, and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired. Finding the R&R to be correct in fact and law, this Court hereby **ADOPTS** the R&R (ECF No. 3).

**IT IS SO ORDERED.**

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED:  May 9, 2024**